# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LANSING TRADE GROUP, LLC., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-3155 |
| | § § | |
| 3B BIOFUELS GmbH & CO., KG, | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this action is dismissed without prejudice.

SIGNED on April 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge